UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-5560-DMG (Ex)** | Date | December 13, 2019 |

Title  *Luis Alvarado v. City of Los Angeles*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On November 20, 2019, the Court issued an order re motion to dismiss. [Doc. # 24.] The order instructed Plaintiff to file his amended complaint, or notify the Court and opposing counsel of his intent not to amend, within 21 days from the date of that order. To date, Plaintiff has not filed anything on the docket.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before December 20, 2019, why this action should not be dismissed for lack of prosecution.