JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　　Defendant. | Case No.: CV 19-5560-DMG (Ex)<br><br>**ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE [27]** |

　　　　The Court has carefully reviewed the Joint Stipulation of the Parties, the Settlement Agreement attached as Exhibit A to the Declaration of Danny Y. Yoo and the Supplemental Declaration of John Young.  Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

　　　　1.　　The Settlement Agreement is approved as fair, reasonable, and just as to Plaintiff;

　　　　2.　　The Court has made no findings or determination regarding the law, and this Stipulation and Order, the Settlement Agreement, and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law; and

1    3.   The above-captioned Action is hereby dismissed with prejudice.

2  **IT IS SO ORDERED.**

4  DATED: April 16, 2020            _____
                                     DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE